IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NANCY S. HOLMES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-668-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On November 19, 2010, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Nancy S. Holmes's claim for disability-insurance benefits under Title II of the Social Security Act. On December 9, 2010, Plaintiff filed her objections to the magistrate's findings. The commissioner did not file a response.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED January 6, 2011.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc